No. 17–0095/AR. U.S. v. Marcus V. Davis. CCA 20150100. Appellee's motion to seal the supplement to the petition for grant of review is granted.

No. 17–0117/AR. U.S. v. Benjamin R. Etter. CCA 20150422. On consideration of Appellant's motion to withdraw the petition for grant of review without prejudice, it is ordered that said motion is hereby denied for lack of compliance with Rule 21(f), Rules of Practice and Procedure.

No. 17–0162/NA. U.S. v. Keith Barry. CCA 201500064. Appellant's second motion to extend time to file the supplement to the petition for grant of review granted to February 2, 2017.

No. 17–0184/MC. U.S. v. Ronald Montano. CCA 201400230. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to February 2, 2017.

No. 17–0187/AR. U.S. v. Brian G. Short. CCA 20150320. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to February 6, 2017.

No. 17–0189/AR. U.S. v. Gary S. Oscar. CCA 20140445. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to February 6, 2017.

No. 17–0191/NA. U.S. v. Alexey N. Gebert. CCA 201500381. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to February 6, 2017.

Monday, January 23, 2017

No. 17–0095/AR. U.S. v. Marcus V. Davis. CCA 20150100. On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that said petition is hereby granted on the following issue:

> WHETHER JUDGE JAMES W. HERRING AND JUDGE PAULETTE V. BURTON, JUDGES ON THE COURT OF MILITARY COMMISSION REVIEW, WERE STATUTORILY AUTHORIZED TO SIT ON THE ARMY COURT OF CRIMINAL APPEALS, AND EVEN IF THEY WERE STATUTORILY AUTHORIZED TO BE ASSIGNED TO THE ARMY COURT OF CRIMINAL APPEALS, WHETHER THEIR SERVICE ON BOTH COURTS VIOLATED THE APPOINTMENTS CLAUSE GIVEN THEIR NEWLY ATTAINED STATUS AS A SUPERIOR OFFICER.

No briefs will be filed under Rule 25.

No. 17–0118/AR. U.S. v. Tyrone E. Stanley. CCA 20150772. On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that said petition is hereby granted on the following issues:

I. WHETHER ACCEPTANCE OF APPOINTMENT AS A CMCR JUDGE TERMINATED THE MILITARY COMMISSIONS OF JUDGE CELT-NIEKS AND JUDGE BURTON.

II. WHETHER, AS APPOINTED JUDGES OF THE CMCR, JUDGE CELTNIEKS AND JUDGE BURTON DID NOT MEET THE UCMJ DEFINITION OF APPELLATE MILITARY JUDGES.

III. WHETHER THE ASSIGNMENT OF INFERIOR OFFICERS AND PRINCIPAL OFFICERS TO A SINGLE JUDICIAL TRIBUNAL IT-SELF VIOLATED THE APPOINTMENTS CLAUSE.

No briefs will be filed under Rule 25.

Tuesday, January 24, 2017

No. 17–0139/AR. U.S. v. Justin M. Gurczyski. CCA 20160402. Appellant's motion to extend time to file a reply brief granted to January 30, 2017.

No. 17–0153/AR. U.S. v. Edward J. Mitchell II. CCA 20150776. Appellant's motion to extend time to file a reply brief granted to February 10, 2017.